IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| JOHN BLAYNE TACKETT | § | |
| VS. | § | CIVIL ACTION NO. 1:12-CV-521 |
| C.V. RIVERA | § | |

MEMORANDUM ORDER ADOPTING THE MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATION

Petitioner, John Blayne Tackett, a federal prisoner confined at the Federal Correctional Complex in Beaumont, Texas, and proceeding *pro se*, filed this petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

The Court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this Court. The Magistrate Judge recommends this petition for writ of habeas corpus be denied on the merits.

The Court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such order, along with the record, and pleadings. No objections to the Report and Recommendation of United States Magistrate Judge were filed by the parties.[1]

ORDER

Accordingly, the findings of fact and conclusions of law of the Magistrate Judge are correct, and the report of the Magistrate Judge is **ADOPTED**. A final judgment will be entered

---

[1] A copy of the Report and Recommendation was returned with the notation that petitioner was no longer housed at FCI Beaumont. Petitioner failed to update the court with his current address.

in this case in accordance with the Magistrate Judge's recommendations.

    **SIGNED** this the **1** day of **July, 2014.**

_____
Thad Heartfield
United States District Judge